### 18679. RAWDIN *v.* CONNER *et al.*

DUCKWORTH, Chief Justice. Where, as here, on the return of the remittitur in the case of *Rawdin* v. *Conner,* 210 *Ga.* 508 (81 S. E. 2d 461), in which there was a judgment of reversal but no express direction of this court to the lower court, the case stands as reversed, and a new trial must be had on the issues therein raised since the case illegally terminated. The court did not err in denying the petitioner's motion to enter a final decree in his favor without a de novo trial. Code § 70-402; *Schley* v. *Schofield & Son,* 61 *Ga.* 528; *Fennell* v. *Fennell,* 210 *Ga.* 153 (78 S. E. 2d 524); *American Associated Companies* v. *Vaughan,* 210 *Ga.* 141 (2) (78 S. E. 2d 43).

*Judgment affirmed. All the Justices concur.*

ARGUED SEPTEMBER 13, 1954—DECIDED OCTOBER 11, 1954.

*Congdon, Harper & Leonard, J. Walker Harper,* for plaintiff in error.

*W. D. Lanier,* contra.